DANIEL E. POMEROY and Others, Respondents, v. THE HOCKING VALLEY RAILWAY COMPANY, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 23d day of February, 1916, denying a motion to vacate the service of the summons and complaint.

PER CURIAM: Within the rule laid down in *Washington-Virginia R. Co.* v. *Real Estate Trust Co.* (238 U. S. 185), this company was doing business within the State of New York for the purpose of service within that State. The order should, therefore, be affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ. Clarke, P. J., and Davis, J., dissented, on the authority of *Bagdon* v. *Philadelphia & Reading Coal & Iron Co.* (217 N. Y. 432). Order affirmed, with ten dollars costs and disbursements.